47 So.3d 955 (2010)
Clinton G. HEARST a/k/a Sharif A. Mubarak, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D10-2277.
District Court of Appeal of Florida, Third District.
November 17, 2010.
Rehearing Denied December 10, 2010.
Clinton G. Hearst a/k/a Sharif A. Mubarak, in proper person.
Bill McCollum, Attorney General, for appellee.
*956 Before GERSTEN, WELLS, and LAGOA, JJ.
PER CURIAM.
Affirmed. See Hines v. State, 906 So.2d 1137 (Fla. 3d DCA 2005).